IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT **ANCHORAGE**

**Michelle Collins**

)
)
)
)
)
Plaintiff(s), )
vs. )
)
)
**New Northwest Broadcasters,** )  CASE NO. **3AN-06-4122 CI**
**LLC,** Defendant(s). )
)  SUMMONS
)  AND
)  NOTICE TO BOTH PARTIES
  OF JUDICIAL ASSIGNMENT

To Defendant: **New Northwest Broadcasters, LLC**
**c/o Registered Agent: CT Corporations System**
**Registered Address: 801 W. 10th, Ste 300, Juneau AK 99801**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at **825 W. 4th Ave. Room 118, Anchorage, AK 99501** within 20
(address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, **Jon Buchholdt** whose address is: **731 I Street, Ste. 101, Anchorage, AK 99501**.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge **Morse**.

(SEAL)

**1-6-6**
Date

CLERK OF COURT

By: **K. Jewell**
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55