Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE COLLINS,<br><br>        Plaintiff,<br><br>v.<br><br>NEW NORTHWEST BROADCASTERS, LLC,<br><br>        Defendant. | Case No. 3:06-CV-_____ |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, defendant New Northwest Broadcasters, LLC gives notice that Case No. 3AN-06-4122 CI, entitled *Michelle Collins v. New Northwest Broadcasters, LLC* is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, where said case was originally filed and is currently pending. Defendant states:

1. On January 6, 2006, plaintiff Michelle Collins filed a Complaint in the Superior Court, Third Judicial District, State of Alaska. The case was assigned

Case No. 3AN-06-4122 CI. Defendant was served with a copy of the Complaint on January 17, 2006. This Notice of Removal is filed within thirty days after the date of service.

2. Plaintiff Michelle Collins is an individual who is a citizen of the State of Alaska. Defendant New Northwest Broadcasters, LLC is a limited liability corporation organized under the laws of the State of Washington, with its principal place of business in the State of Washington. The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because plaintiff and defendants are citizens of different states, and Defendant, in good faith, believes the amount in controversy exceeds the sum of $75,000. Defendant believes the amount in controversy exceeds $75,000 because (1) Plaintiff alleges damages for wrongful discharge "in excess of $50,000;" (2) Plaintiff alleges damages for failure to pay commissions in the amount of $16,346.00; and (3) Plaintiff alleges penalties for failure to pay all compensation due within three days of termination of employment, as required by Alaska statute. These claims, when combined, exceed $75,000. Therefore, this action may properly be removed to the United States District Court pursuant to 28 U.S.C. § 1441, et seq.

3. This court is the District Court of the United States for the district and division embracing the place where the state court action is pending, and this court is therefore the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

4. The procedural requirements of 28 U.S.C. § 1446 have been met.

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

6. Copies of all process, pleadings and orders served on defendant are attached hereto.

DATED at Anchorage, Alaska, this 2nd day of February, 2006.

**PERKINS COIE** LLP
Attorneys for Defendant

By s/_____
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-8561
Fax: (907) 276-3108
Email: hhall@perkinscoie.com
Alaska Bar No. 9705015

I hereby certify that on February 2, 2006, a copy of the foregoing Notice of Removal was served on Jon Buchholdt, Buchholdt Law Offices, 731 I Street, Suite 101, Anchorage, Alaska 99501 by regular U.S. mail.

s/_____

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE OF REMOVAL   - 3 -   [32559-0036/AA060240.002]