Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHELLE COLLINS,

        Plaintiff,

v.

NEW NORTHWEST BROADCASTERS, LLC,

        Defendant.

Case No. 3:06-CV-_____

### NOTICE OF FILING COPIES OF STATE COURT RECORDS AND PROCEEDINGS

Copies of all documents filed in *Michelle Collins v. New Northwest Broadcasters, LLC*, Case No. 3AN-06-4122 CI, Superior Court, Third Judicial District, State of Alaska, are attached hereto. The following is a list of the documents filed in the Superior Court and the filing date:

| | |
|---|---|
| Summons and Notice to Both Parties of Judicial Assignment | 1/6/06 |
| Complaint | 1/6/06 |

NOTICE OF FILING COPIES OF STATE
COURT RECORDS AND PROCEEDINGS      - 1 -      [32559-0036/AA060240.006]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this 2nd day of February, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant

By s/ _____
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-8561
Fax: (907) 276-3108
Email: hhall@perkinscoie.com
Alaska Bar No. 9705015

I hereby certify that on February 2, 2006, a copy of the foregoing Notice of Removal was served on Jon Buchholdt, Buchholdt Law Offices, 731 I Street, Suite 101, Anchorage, Alaska 99501 by regular U.S. mail.

s/ _____

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE OF FILING COPIES OF STATE
COURT RECORDS AND PROCEEDINGS     - 2 -     [32559-0036/AA060240.006]