IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Michelle Collins

Plaintiff(s),

vs.

New Northwest Broadcasters, LLC,

Defendant(s).

CASE NO. 3AN-06-4122 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: New Northwest Broadcasters, LLC c/o Registered Agent: CT Corporations System Registered Address: 801 W. 10th, Ste. 300, Juneau AK 99801

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave. Room 118, Anchorage, AK 99501 within 20
(address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Jon Buchholdt whose address is: 731 I Street, Ste. 101, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge Morse.

(SEAL)                                     CLERK OF COURT

1-6-6                                      By: K. Jewell
Date                                            Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)                       Civil Rules 4, 5, 12, 42(c), 55
SUMMONS