2062040214

COPY
Original Received

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JAN 0 6 2006
Clerk of the Trial Court

|  |  |
|---|---|
| MICHELLE COLLINS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NEW NORTHWEST BROADCASTERS, LLC, | ) |
| Defendant. | ) |
|  | ) Case No. 3AN-06- 4122 Civ. |

## COMPLAINT

MICHELLE COLLINS, by and through her attorney, JON BUCHHOLDT,

complains against Defendant NEW NORTHWEST BROADCASTERS, LLC, as follows:

1.  Plaintiff is a resident of the State of Alaska.

2.  Defendant NEW NORTHWEST BROADCASTERS, LLC is a limited

liability corporation registered in the State of Alaska which operates four radio stations in

Anchorage under the call letters KFAT, KDBZ, KBBO, and KRPM.

3.  From September, 2004 and until about November 5, 2005, Plaintiff was

employed as an advertising sales person by Defendant.

4.  From January, 2005 forward until termination of Plaintiff's employment,

Plaintiff was required to service Kurt Jenkins, Jenkins & Associates, who bought

advertising time on Defendant's radio stations for his clients.

5.  From January, 2005 forward until termination of Plaintiff's employment,

Plaintiff suffered from Mr. Jenkins's sexual harassment, which harassment Plaintiff

reported and complained of to Defendant's Vice President and Regional Manager, and to

Juanita Ybarra, Defendant's Accounting Manager, and asked that she be relieved of

responsibility for dealing with Mr. Jenkins.

6.  Defendant failed to effectively respond to Plaintiff's complaints by assigning

BUCHHOLDT LAW OFFICES
Jon Buchholdt, Attorney at Law
7311 Street, Suite 101
Anchorage, Alaska 99501
Tel: (907) 272-6777  Fax: (907) 274-1392

other employees to service Mr. Jenkins' accounts, or to intercede with Mr. Jenkins so as to stop his tortuous behavior toward Plaintiff.

7. By failing to protect Plaintiff from Mr. Jenkins' sexually harassing behavior after being informed of it several times, Defendant required Plaintiff to work under outrageous conditions that no reasonable employee would tolerate, thus forcing Plaintiff to resign her employment on November 5, 2005.

8. When Plaintiff was constructively wrongfully discharged on November 5, 2005, Defendant owed her about $16,346.00 in commissions, and un-reimbursed out-of-pocket business expenses which Defendant has failed to pay her.

<u>**COUNT ONE**</u>
Constructive Wrongful Discharge

9. Plaintiff reiterates all allegations contained in paragraphs 1 - 9 above.

10. When defendant failed to protect plaintiff from the sexual harassment and tortuous behavior of Mr. Jenkins, any reasonable person in Plaintiff's position would have felt compelled to resign her employment.

11. When defendant knowingly continued to require Plaintiff to handle Mr. Jenkins' account after being noticed of Jenkins' sexually harassing behavior toward her, and failing to remedy the problem, Plaintiff's termination of her employment was a constructive wrongful discharge, by reason of which Plaintiff has been damaged in an amount in excess of $50,000.00, the exact amount to be determined at trial.

<u>**COUNT TWO**</u>
Wage Claim

12. Plaintiff reiterates all allegations contained in paragraphs 1 - 11 above.

13. Of $11,141.00 in sales commissions earned by Plaintiff in November, 2005, $3000.00 was paid by Defendant to Plaintiff, leaving $8,141.08 in unpaid commissions for the month of November, 2005.

14. Of $7,892.00 in sales commissions earned by Plaintiff in December, 2005,

BUCHHOLDT LAW OFFICES
Jon Buchholdt, Attorney at Law
7311 Street, Suite 101
Anchorage, Alaska 99501
Tel: (907) 272-6777  Fax: (907) 274-1392

COMPLAINT

nothing was paid to the Plaintiff.

15. Of reimbursable $308.49 Plaintiff paid in out-of-pocket hotel and meals for the Pepsi Summit Meet in 2005, nothing was reimbursed to Plaintiff by Defendant.

16. When defendant failed to pay plaintiff her commissions within three days after her notice to defendant of her termination of her employment, or by November 8, 2005, Plaintiff violated A.S. 23.05.140(b), by reason of which Plaintiff has been damaged in an amount of approximately $16,346.00, plus penalty under A.S. 23.05.140(d), plus statutory pre-judgment and post-judgment interest.

WHEREFORE Plaintiff prays for judgment for herself and against the Defendant and requests an order be issued that:

1. Defendant pay unto the Plaintiff an amount in excess of $50,000.00 in damages from wrongful discharge and unpaid commissions, bonus, and expenses, the exact amount to be determined at trial.

2. Costs and reasonable attorney fees incurred in the bringing of this action.

3. For such other and further awards as this court deems just and proper.

Dated this 4th day of January, 2006.

JON BUCHHOLDT
Plaintiff's Counsel
Bar No. 9206023

BUCHHOLDT LAW OFFICES
Jon Buchholdt, Attorney at Law
731 I Street, Suite 101
Anchorage, Alaska 99501
Tel: (907) 272-6777  Fax: (907) 274-1392

COMPLAINT

Page 3