Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>NEW NORTHWEST BROADCASTERS, LLC,<br><br>    Defendant. | Case No. 3:06-CV-_____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant New Northwest Broadcasters, LLC discloses that NNB Holdings, LLC is the parent company of New Northwest Broadcasters, LLC and that there is no publicly held corporation that owns ten percent or more of the stock of New Northwest Broadcasters.

DATED at Anchorage, Alaska, this 2nd day of February, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant

By s/_____
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-8561
Fax: (907) 276-3108
Email: hhall@perkinscoie.com
Alaska Bar No. 9705015

I hereby certify that on February 2, 2006, a copy of the foregoing Notice of Removal was served on Jon Buchholdt, Buchholdt Law Offices, 731 I Street, Suite 101, Anchorage, Alaska 99501 by regular U.S. mail.

s/_____