Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHELLE COLLINS,

    Plaintiff,

v.

NEW NORTHWEST BROADCASTERS, LLC,

    Defendant.

Case No. 3:06-CV-_____

## SERVICE LIST

Defendant New Northwest Broadcasters, LLC hereby submits the service list in the above-captioned action as follows:

Counsel for plaintiff:

    Jon Buchholdt
    Buchholdt Law Offices
    731 I Street, Suite 101
    Anchorage, Alaska 99501
    Phone: (907) 272-6777
    Fax: (907) 274-1392

Counsel for defendant:

>Helena Hall
>Perkins Coie
>1029 W. Third Avenue, Suite 300
>Anchorage, Alaska 99501
>Phone: (907) 279-8561
>Fax: (907) 276-3108

DATED at Anchorage, Alaska, this 2nd day of February, 2006.

>**PERKINS COIE LLP**
>Attorneys for Defendant


>By s/_____
>1029 West Third Avenue, Suite 300
>Anchorage, Alaska 99501
>Phone: (907) 279-8561
>Fax: (907) 276-3108
>Email: hhall@perkinscoie.com
>Alaska Bar No. 9705015

I hereby certify that on February 2, 2006, a copy of the foregoing Notice of Removal was served on Jon Buchholdt, Buchholdt Law Offices, 731 I Street, Suite 101, Anchorage, Alaska 99501 by regular U.S. mail.

s/_____