Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| MICHELLE COLLINS,<br><br>            Plaintiff,<br><br>v.<br><br>NEW NORTHWEST BROADCASTERS, LLC,<br><br>            Defendant. | Case No. 3:06-cv-00027-TMB |

**NOTICE OF COMPLIANCE WITH COURT'S ORDER
TO PETITIONER SUBSEQUENT TO REMOVAL**

Notice is hereby given that on February 2, 2006, petitioner/defendant New Northwest Broadcasters, LLC filed its Notice of Filing Copies of State Court Records and Proceedings and Service List.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE OF COMPLIANCE WITH COURT'S
ORDER TO PETITIONER SUBSEQUENT
TO REMOVAL                                    - 1 -                      [32559-0036-000000/AA060400.004]

DATED at Anchorage, Alaska, this 10th day of February, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant

By s/ _____
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-8561
Fax: (907) 276-3108
Email: hhall@perkinscoie.com
Alaska Bar No. 9705015

I hereby certify that on February 10, 2006, a copy of the foregoing Notice of Compliance With Court's Order to Petitioner Subsequent to Removal was served on Jon Buchholdt, Buchholdt Law Offices, 731 I Street, Suite 101, Anchorage, Alaska 99501 by regular U.S. mail.

s/ _____

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE OF COMPLIANCE WITH COURT'S ORDER TO PETITIONER SUBSEQUENT TO REMOVAL        - 2 -                [32559-0036-000000/AA060400.004]