RECEIVED
MAR 1 7 2006
PERKINS COIE
ANCHORAGE

Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
e-mail: tdaniel@perkinscoie.com

Attorneys for Defendant

Buchholdt Law Offices
Jon Buchholdt
731 I Street, Suite 101
Anchorage, AK 99501
(907) 272-6777
(907) 274-1392 (Facsimile)
e-mail:

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE COLLINS,<br><br>       Plaintiff,<br><br>v.<br><br>NEW NORTHWEST BROADCASTERS, LLC,<br><br>       Defendant. | Case No. 3:06-cv-00027-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

STIPULATION FOR DISMISSAL
- 1 -
[/AA060670.003]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Plaintiff Michelle Collins and defendant New Northwest Broadcasters, LLC have settled this action in a Settlement Agreement and General Release. Plaintiff and defendant stipulate to and respectfully request that this Court dismiss this action with prejudice with each party to bear its own costs and attorneys' fees.

Dated: March 17, 2006.

| PERKINS COIE LLP | BUCHHOLDT LAW OFFICES |
|---|---|
| By _____ | By _____ |
| Thomas M. Daniel | Jon Buchholdt |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION FOR DISMISSAL
- 2 -
[/AA060670.003]